**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

PLAINTIFF JANE DOE, K.N.

Plaintiff,

v.

SHEPHERD'S HILL ACADEMY, INC.

Defendant.

CIVIL ACTION NO.
2:25-cv-00398

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

COME NOW Plaintiff Jane Doe K.N., by and through their undersigned counsel, and Defendant Shepherd's Hill Academy, Inc., by and through their undersigned counsel, and being all the parties to this action, jointly stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses, and fees.

Respectfully submitted this 13th day of August 2026,

*/s/: Mitchell E. McGough*
Mitchell E. McGough, Esq.
Georgia Bar No. 460942
**Mitchell E. McGough Law, LLC**
945 E. Paces Ferry Rd NE, Ste 2250

Atlanta, Georgia 30326
mitchell@mitchellmcgoughlaw.com

Kelly Guagenty, Esq. (*pro hac vice*)
Keith Smith, Esq. (*pro hac vice*)
**Justice Law Collaborative, LLC**
210 Washington St.
North Easton, MA 02356
(508) 230-2700
kelly@justicelc.com
keith@justicelc.com

***Counsel For Plaintiff***

-AND-

*/s/ Catherine M. Banich*
Catherine M. Banich, Esq.
Georgia Bar No. 260514
Brynda Rodriguez Insley, Esq.
Georgia Bar No. 611435
**Taylor Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
770-434-6868 Telephone
770-434-7376 Facsimile
cbanich@taylorenglish.com
binsley@taylorenglish.com

***Counsel for Defendant***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

PLAINTIFF JANE DOE, K.N.

Plaintiff,

v.

SHEPHERD'S HILL ACADEMY, INC.

Defendant.

CIVIL ACTION NO.
2:25-cv-00398

________________________________

**PROPOSED ORDER**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated:______________, 2026 By:_______________________

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this day served a copy of the within and foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE upon all parties to this matter through the Clerk of Court using the CM/ECF system and by email to the counsel of record as follows:

| | |
|---|---|
| **Attorneys for Defendant**<br>Catherine M. Banich<br>Brynda Rodriguez Insley<br>**Taylor Duma LLP**<br>1600 Parkwood Circle<br>Suite 200<br>Atlanta, GA 30339<br>cbanich@taylorenglish.com<br>binsley@taylorenglish.com | |

This 13th day of August 2026.

*/s/: Mitchell E. McGough*
Mitchell E. McGough, Esq.
Georgia Bar No. 460942
Mitchell E. McGough Law, LLC
945 E. Paces Ferry Rd NE, Ste 2250
Atlanta, Georgia 30326
mitchell@mitchellmcgoughlaw.com

Kelly Guagenty, Esq. (*pro hac vice*)
Keith Smith, Esq. (*pro hac vice*)
Justice Law Collaborative, LLC
210 Washington St.
North Easton, MA 02356
(508) 230-2700
kelly@justicelc.com
keith@justicelc.com
*Counsel For Plaintiff*

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1 (B), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

This 13th day of August 2026.

Respectfully Submitted,
*/s/ Mitchell E. McGough*

Mitchell E. McGough, Esq.
Georgia Bar No 460942
**Mitchell E. McGough Law, LLC**
945 E Paces Ferry Rd NE, Ste 2250
Atlanta, Georgia 30326
mitchell@mitchellmcgoughlaw.com

Kelly A. Guagenty, Esq.
Keith Smith, Esq.
**Justice Law Collaborative, LLC**
210 Washington Street
North Easton, MA 02356
kelly@justicelc.com
keith@justicelc.com

*Attorneys for Plaintiff*